IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02295-GPG

FRANK RUNNINGSHIELD,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## ORDER OF DISMISSAL

Plaintiff Frank Runningshield, an inmate in the custody of the Colorado Department of Corrections, initiated this action by filing *pro se* a letter (ECF No. 1). Because it appeared that Mr. Runningshield intended to seek some sort of relief in this Court, a civil action was commenced.

In an order entered on October 20, 2015, Magistrate Judge Gordon P. Gallagher directed Mr. Runningshield to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Gallagher directed Mr. Runningshield to submit a request to proceed pursuant to 28 U.S.C. § 1915 on the proper Court-approved form or in the alternative pay the $400.00 filing fee and to file his claims on the Court-approved form used in filing a Prisoner Complaint. Magistrate Judge Gallagher warned Mr. Runningshield that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

In response, Mr. Runningshield submitted several letters (ECF Nos. 4-7) to the

Court.  Magistrate Judge Gallagher entered a Minute Order on November 12, 2015, informing Mr. Runningshield that the letters did not cure the designated deficiencies in this case and granting Mr. Runningshield an additional thirty days to cure the deficiencies noted in the October 20 Order.  Magistrate Judge Gallagher further instructed the Clerk of the Court to send two copies of the Court-approved Prisoner Complaint and 28 U.S.C. § 1915 forms, along with the applicable instructions, to Mr. Runningshield.  Magistrate Judge Gallagher warned Mr. Runningshield that if he failed to cure the deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Runningshield has not responded to the November 12 minute order. Because Mr. Runningshield now has failed to comply with the October 20, 2015 Order to Cure Deficiencies, and to cure the deficiencies within the time allowed, the Court will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Runningshield files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies within the time allowed and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this __18th__ day of __December__ 2015.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court